UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  15-24339-CIV-KING

ANGELA SAMPSON,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

## DEFENDANT'S MOTION TO COMPEL

The Defendants, CARNIVAL CORPORATION, by and through their undersigned counsel and pursuant to Rule 26 of the Federal Rules of Civil Procedure, hereby move the Court for an Order compelling Plaintiff, ANGELA SAMPSON, and as grounds therefor, state as follows:

1. On February 9, 2016, Defendants propounded its Initial Interrogatories on Plaintiff.  Answers were due by March 9, 2016.

2. To date, Plaintiff has not yet served her Answers.

3. Mulitple attempts have been maid eto obtain Plaintff's Answer without wasting judical resources.

4. Plaintiff's failure to timely respond to Defendant's written discovery requests is prejudicing Defendant's development of its defenses for trial.

5. Defendant respectfullly requests that this Court enter an Order compelling Plaitniff to provide Answers to Carnival's Initial Interrogatories.

WHEREFORE, Defendants, CARNIVAL CORPORATION, respectfully moves the

CASE NO.:  15-24339-CIV-KING
PAGE 2

Court for entry of an Order compelling Answers from Plaintiff within seven (7) days.

## **LOCAL RULE 7.1 CERTIFICATION**

The undersigned counsel certifies that he has conferred personally with counsel for Plaintiff who has not complied with the relief requested.

Dated:   September 21, 2016

Respectfully submitted,

 /s/     *Raul G. Delgado*
**David J. Horr**
Florida Bar No. 310761
**dhorr@admiral-law.com**
**Raul G. Delgado, II**
Florida Bar No. 94004
**rdelgado@admiral-law.com**
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
***Attorneys for Defendant, Carnival Corporation***

CASE NO.:  15-24339-CIV-KING
PAGE 3

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on September 21st, 2016, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

   /s/    *Raul G. Delgado*
**David J. Horr**
Florida Bar No. 310761
dhorr@admiral-law.com
**Raul G. Delgado, II**
Florida Bar No. 94004
rdelgado@admiral-law.com
*Attorneys for Defendant, Carnival Corporation*

/1122855/343

CASE NO.:  15-24339-CIV-KING
PAGE 4

## SERVICE LIST

**Ben Murphey**
Florida Bar No. 25489
bmurphey@lawlorwinston.com
Lawlor Winston White & Murphey
2211 Davie Boulevard
Ft. Lauderdale, FL  33312
Telephone: (954) 525-2345
Facsimile:  (954) 587-0892
*Attorneys for Plaintiff, Angela Sampson*

**David J. Horr**
Florida Bar No. 310761
dhorr@admiral-law.com
**Raul G. Delgado, II**
Florida Bar No. 94004
rdelgado@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
*Attorneys for Defendant, Carnival Corporation*