UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-24339-CV-KING

ANGELA SAMPSON

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

## ORDER DENYING MOTION TO COMPEL DISCOVERY

**THIS CAUSE** comes before the Court upon Defendant's Motion to Compel (the "Motion") (DE 16), filed September 21, 2016. Plaintiff has not yet responded to the Motion, and the time to do so has not yet passed.

Based upon the Court's review, the Motion is in violation of Rules 7.3(a)(3) and 26.1(g)(1) of the Local Rules for the Southern District of Florida.

Accordingly, it is **ORDERED, ADJUDGED,** and **DECREED** that Defendant's Motion to Compel **(DE 16)** be, and the same is, hereby **DENIED.**

**DONE** and **ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 22nd day of September, 2016.

                                                  /s/ James Lawrence King
                                                JAMES LAWRENCE KING
                                                UNITED STATES DISTRICT JUDGE

**cc: All counsel of record**

1