UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN ADMIRALTY

CASE NO. 15-CV-24339-KING/TORRES

ANGELA SAMPSON,

       Plaintiff,

v.

CARNIVAL CORPORATION,

       Defendant.

_____/

**PLAINTIFF'S RULE 26 DISCLOSURE
FOR EXPERT BEHNAM MYERS, D.O.**

## I.    OPINIONS, BASES, AND REASONS.

I am an orthopedic surgeon who provided care to Angela Sampson for injuries caused by a slipping incident on a cruise ship on October 24, 2014. My opinions are within a reasonable degree of medical certainty that the slipping incident Ms. Sampson was involved in on October 24, 2014 caused her:

1. Exacerbation of pre-existing condition of her herniated disk at L5/S1
2. The need for past and continuing diagnostic testing of her injuries (x-rays, MRIs, and CTs);
3. The need for past and future orthopedic evaluation and treatment of her injuries by me, past and future pain management injections by the physicians at Pain & Wellness Institute, and past and future chiropractic care;
4. Reasonable, necessary, and related medical expenses for the diagnosis and treatment of her injuries.

Ms. Sampson came to my office for the first time on April 27, 2015 as a result of the slipping incident on October 24, 2014. I obtained a detailed medical, surgical and social history from her. She advised me that since the incident, she has had physical therapy and interventional pain management treatment. She is taking anti-inflammatory medicines. She further advised me that prior to the incident, she had some lower back and shoulder symptoms that were resolving, but since the incident that pain has worsened. I reviewed the MRI films of her lumbar spine performed on October 27, 2014 which she provided to me. I observed her gait and balance as she walked to my office and as I interacted with her in the examination room. I conducted a

thorough physical examination, including, her cervical and lumbar spine. I evaluated the muscle strength and tone of her upper and lower extremities, as well as her cranial nerves.

Based on my patient interview, physical examination and review of diagnostic studies, I concluded that her symptomatology was consistent with her description of the slipping incident on October 24, 2014, that her pain worsened immediately after the incident and that there was no other medical reason for her renewed and worsening pain.

The clinical correlation of Ms. Sampson's history, clinical presentation, review of the facts and data listed in section II below supports my conclusions and opinions stated in this report and my attached medical records. Ms. Sampson's physical complaints are consistent with the objective findings of her injuries. Objective testing of her spine revealed the previously described disc injuries. During physical examination she complained of pain at those corresponding areas of injuries. The tests and findings further support the clinical correlation between the objective findings of disc injuries, complaints of pain, and causation opinions stated in this report. The tests also reveal objective findings of spinal injury that are well known to cause the type of pain and limitations described by Ms. Sampson. Given her objective findings and her clinical presentation, Ms. Sampson's treatment with me, pain management, and massage therapy was reasonable. The treatment given to Ms. Sampson described in the attached medical records was reasonable, necessary, and related to the slipping incident of October 24, 2014.

Spine Solutions' charges for Ms. Sampson's orthopedic treatment (described above and in the attached records) were the customary charges for those services at the time they were rendered and were reasonable and customary in the community. The services provided and charged for were necessary for the proper treatment of Ms. Sampson's complaints. My records related to my treatment of Ms. Sampson are attached and I incorporate their contents as a further explanation of my opinions and the reasons for them by reference. I also attached the records identified in section II below. They also further support my opinions and explain the reasons for them.

## II.      FACTS OR DATA CONSIDERED IN FORMING OPINIONS.

1. Ms. Sampson's clinical presentation, complaints, and history;
2. My clinical observations of Ms. Sampson;
3. My surgical observations of Ms. Sampson;
4. My medical training;
5. My experience treating patients with orthopedic spine injuries caused by, among other things, slip and falls;
6. My experience making orthopedic spine injury causation determinations for patients injured by, among other things, slip and falls;
7. Medical literature discussing orthopedic spine injuries caused by, among other things, slip and falls;
8. Whether the slip and fall described by Ms. Sampson was a plausible cause of her pain and need for treatment following the slip and fall;
9. Whether there was a temporal relationship between Ms. Sampson's slip and fall and her pain and need for treatment;

2

10. Whether there were any other possible causes of Ms. Sampson's pain and need for treatment after her slip and fall;
11. My medical records related to my treatment of Ms. Sampson;
12. Medical records from Deerfield Beach Outpatient Surgical Center;
13. Medical records from Carnival Cruises;
14. Medical records from Permanente Medical Group;
15. Medical records from Shenandoah Chiropractic, Dr. Mark Harrington;
16. Medical records from South Florida Interventional Pain and Wellness Institute, Lowell Davis, D.O.;
17. Medical records from A First Choice Healthcare;
18. Medical records from All-Pro Orthopedics and Sports Medicine, Jesse Z. Shaw, D.O.;
19. Medical records from Urgent Med Adult and Pediatric Urgent Care;
20. Medical records from Radiology Consultants of Hollywood; and
21. Summary of defense medical examiner's opinion from Dr. Amar Rajadhyaksha.

## III.  EXHIBITS USED TO SUMMARIZE OR SUPPORT OPINIONS.

1. My medical records related to my treatment of Ms. Sampson;
2. Medical literature discussing orthopedic spine injuries caused by, among other things, slip and falls;
3. Medical records from Deerfield Beach Outpatient Surgical Center;
4. Medical records from Carnival Cruises;
5. Medical records from Permanente Medical Group;
6. Medical records from Shenandoah Chiropractic, Dr. Mark Harrington;
7. Medical records from South Florida Interventional Pain and Wellness Institute, Lowell Davis, D.O.;
8. Medical records from A First Choice Healthcare;
9. Medical records from All-Pro Orthopedics and Sports Medicine, Jesse Z. Shaw, D.O.;
10. Medical records from Urgent Med Adult and Pediatric Urgent Care;
11. Medical records from Radiology Consultants of Hollywood;
12. Summary of defense medical examiner's opinion from Dr. Amar Rajadhyaksha.
13. Anatomical models; and
14. Exemplars of medical devices.

## IV.  WITNESS' QUALIFICATIONS AND PUBLICATIONS.

Please see my attached CV that I incorporate into this document by reference.

## V.  PRIOR TESTIMONY.

Please see my attached testimony list that I incorporate into this document by reference.

## VI.  COMPENSATION PAID IN THIS CASE.

My office has charged approximately $24,169.64 for services related to the treatment of Ms. Sampson.  Please see my attached billing records that I incorporate into this document by reference.


By: _____          8/3/16
Benham Myers, D.O.                    Date

4

# *Curriculum Vitae*

# Dr. Behnam J. Myers

Drbmyers@gmail.com

3850 Sheridan Street
Hollywood Florida
Tel: 954-983-3888
Fax: 954-983-3999

## Introduction

Dr. Behnam Myers is a board certified Orthopedic Spine Surgeon who provides surgical and non-surgical treatment of disorders related to the spine.  He prides himself on his minimally invasive procedures as well as motion preservation surgery.

## Medical Licensure

Board Certification of Orthopedic Surgery
*Current*

Unrestricted Medical License, Florida
*Current*

Member North American Spine Society

## Medical Background

| | |
|---|---|
| 2006 – 2007 | Cleveland Clinic Spine Institute Weston, Florida<br>Fellowship Spine Surgery |
| 2002 – 2006 | Parkway Regional / Nova Southeastern University  Davie, Florida<br>Orthopedic Surgery Residency |
| 2001 – 2002 | Peninsula Hospital Far Rock New York<br>Internship |
| 1997 – 2001 | University of New England  COM<br>Medical Degree |
| 1996 – 1997 | Loma Linda University School of Public Health<br>Master's Program |
| 1992 - 1996 | University of California at Riverside<br>B.S. Psycho-Biology |

## Hospital Affiliations

Aventura Medical Center

Broward General Medical Center

Jackson North Medical Center

North Shore FMC

## Experience

Spine Solutions
3850 Sheridan Street
Hollywood, Florida 33021
2012 – Present

Neurosurgical Associates of South Florida
150 South Andrews Ave. Suite 430
Pompano Beach, Florida 33069
2007-2011

South Florida Neurosurgical Institute
1201 S Andrews Ave.
Fort Lauderdale, Florida 33316
2006-2007

## Research and Publications

| | |
|---|---|
| 2006 | Ganglion Cyst of a Lumbar Facet Joint in an Adolescent – *European Journal of Orthopedic Surgery & Traumatology September 2006. Volume 16, Number 3* <br> Varatharaj Mounnasamy I, Behnam Myers I, and Jonathan H. Philips I <br> A case report |

## Teaching Experience

| | |
|---|---|
| 2006 – Present | Clinical Instructor, Orthopedic Spine Surgery <br> Nova Southeastern University <br> Orthopedic Surgery Residency Program |
| 2011 – Present | Volunteer Health Care Provider <br> North Miami Beach Medical Center |

| Date | Num | Attorney | Plaintiff Party | Case Number | | |
|------|-----|----------|-----------------|-------------|---|---|
| 01/04/2013 | Trial | shiller Kesller Gomez | Peach Ann Wright V Florence Baccus | | 933185 Trial | 2500 |
| 01/04/2013 | Depo | Kaplan & Freedman | Kenneth Nipal Depo | 05-9519-CA22 | Depo | 800 |
| 01/04/2013 | Depo | Kaplan & Freedman | Kenneth Nipal | 05-9519-CA22 | Depo | 800 |
| 01/25/2013 | Depo | Kaplan & Freedman | Arturo Ramirez  V St Johns Shipping Co | 11-CV-62349 | Depo | 800 |
| 01/25/2013 | Depo | Dell & Shaffer | Kenneth Nipal | 05-9519-CA22 | Depo | 800 |
| 01/25/2013 | Depo | Kaplan & Freedman | Kenneth Nipal | 05-9519-CA22 | Depo | 800 |
| 01/25/2013 | Depo | Kaplan & Freedman | Kenneth Nipal | 05-9519-CA22 | Depo | 800 |
| 02/20/2013 | Depo | Dell & Shaffer | Arturo Ramirez | 11-CV-62349 | Depo | 800 |
| 03/08/2013 | Depo | Kaplan & Freedman | Kenneth Nipal | 05-9519-CA22 | Depo | 800 |
| 05/13/2013 | Depo | Gal Sinclair | Steven Lefrore | 201117832CA24 | Depo | 800 |
| 05/17/2013 | Depo | rhodes Law Group | April Nelson | 50200SCA03119GAB | Depo | 800 |
| 07/03/2013 | Depo | rhodes Law Group | April Nelson | 50200SCA03119GAB | Depo | 800 |
| 07/15/2013 | Depo | rhodes Law Group | April Nelson | 50200SCA03119GAB | Depo | 800 |
| 07/19/2013 | Depo | Sinclair | Steven Lefrore | 201117832CA24 | Depo | 800 |
| 07/25/2013 | Depo | Sinclair | Steven Lefrore | 201117832CA24 | Depo | 800 |
| 08/01/2013 | Trial | Dell & Shaffer | Arturo Ramirez Trial | 11-CV-62349 | Trial | 2500 |
| 10/04/2013 | Depo | | Depo Barbar Barkley | Requested | Depo | 800 |
| 11/11/2013 | Depo | Holman Cohen & Valencia | Depo Williams Sinclair V 21st Century Ins Co of Cali | Requested | Depo | 800 |
| 01/22/2014 | Depo | Asnis, Srebnick & Kaufman | Ali Aleem | 12014931 (02) | Depo | 800 |
| 2/5/2014 | Depo | Lemongellos office | Marion Garcia V RachelAnne Rubin and Eleanor M Blenner | 2013CACE010274 (03) | Depo | 800 |
| 3/5/2014 | Depo | Lemongellos office | Yoania Castillo V Terrence D Kinsley | Requested | Depo | 800 |
| 3/7/2014 | Depo | Shanika Nelson | Karina Depo | 2013CACE010274 (03) | Depo | 800 |
| 3/14/2014 | Depo | Madalonn Firm | Yoania Castillo V Terrence D Kinsley | 13-025220 (08) | Depo | 800 |
| 5/9/2014 | Depo | Robert Gluck | Shirley Swanepool | 12-42533 CA 10 | Depo | 800 |
| 6/4/2014 | Depo | Kubicki Draper | Araimid T Fondacci V Homegoods | CACE 10-015388 (04) | Depo | 800 |
| 6/33/2014 | Depo | Wieder, Moses, Lummer/en & 'George Missick V B&L Service, Cyndi Feigenbaum... | | CACE 110180S5 (14) | Depo | 800 |
| 7/2/2014 | Depo | Burton/ kubiki Draper SKG | Leon Algazi V Pine Island Ridge Country Club, Pro Fitness... | CACE 1228207 (21) | Depo | 800 |
| 7/9/2014 | Depo | Richard Bolton | Harriet Russo V Kingsley At Century Village Cond #11... | 0830-18/LIA238406 | Depo | 800 |
| 7/23/2014 | Depo | McIntosh, Sawran & Cartaya | Kazim Dwight, Ali | CACE11017044 | Depo | 800 |
| 10/3/2014 | Depo | Krupnick Campbell Malone bus Monica Merino Lopez V Milton Anken | | 10-5907 CA23 | Depo | 800 |
| 10/29/2014 | Depo | Mario Seralta office | Nancy Oro | 1222020 CA04 | Depo | 800 |
| 1/21/2015 | Depo | Matthew Olmsted | Donald Wolfe V George Henry and Lawrence Falter | CACE-13-023588 (04) | Depo | 800 |
| 2/11/2015 | Depo | Ronmanik | Paul Anthony Mullins V Bug off Exterminators... | 13-026756 CA 01 (42) | Depo | 800 |
| 4/15/2015 | Depo | Patricia Garagozlo | Abir Elkarout V Southern Star Condominium Assoc. | Requested | Depo | 800 |
| 6/3/2015 | Depo | Brett Hastings | Elanine Mendoza | 10-64130 CA 23 | Depo | 800 |
| 11/13/2015 | Trial | Anijar & Levine | Dionel E. Clapera | | Trial | 2500 |
| 1/13/2016 | Depo | Steinger, Iscoe & Greene | Wanda Dallas | | Depo | 800 |

**SPINE SOLUTIONS**
**Dr. Behnam Myers**
**3850 SHERIDAN STREET HOLLYWOOD, FLORIDA 33021**
**TEL: 954 983-3888     FAX: 954 983-3889**

Dr. Behnam Myers Fees for depositions are as follows:

- 15minute phone deposition- $250

- 30 minute in person deposition- $400

- 1 hour in person deposition- $800

All deposition fees are to be paid a minimum of five business days prior to date of deposition. If the scheduled deposition are cancelled or rescheduled, five days' notice must be given or all fees paid are nonrefundable.

*+ Video  200 per hour*

Thank you,

Dr. Behnam Myers

**Behnam Myers, D.O., P.A.**

Account Number: 4798

Guarantor: Angela Sampson

**Account Financial Ledger**

| Posted | Provider | Voucher | Name | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| 07/15/15 | BJM | | Sampson, Angela | Fluoroscopy (77003, 07/07/15) | 1,212.00 | 24,169.64 |
| 07/15/15 | BJM | | Sampson, Angela | Laminotomy, And/or Exc Her Disk Fac for (63030, 07/07/15) | 20,333.00 | 22,957.64 |
| 07/15/15 | AS | | Sampson, Angela | Service, Office Postoperative Follow-Up (99024, 07/14/15) | 0.00 | 2,624.64 |
| 06/19/15 | | 308725580 | BCBS Network Blue | Payment - Check | -74.21 | 2,624.64 |
| 05/20/15 | BJM | | Sampson, Angela | Office Visit, Ep, Extended (99214, 05/13/15) | 1,354.00 | 2,698.85 |
| 05/15/15 | | 308682427 | BCBS Advantage 65 | Payment - Check | -144.15 | 1,344.85 |
| 04/29/15 | BJM | | Sampson, Angela | Office Visit, Np, Comprehensive (99205, 04/27/15) | 1,489.00 | 1,489.00 |

8/11



**Dr. Behnam Myers**
3850 Sheridan Street
Hollywood, Florida 33021
Tel: 954-983-3888 Fax: 954-983-3999

## Visit Note - Office Visit

**Provider: Behnam Myers, D.O.**
**Encounter Date: Apr 27, 2015**

**Patient: Sampson, Angela   (PT00005302)**
**Sex: Female     DOB: Jul 15, 1966     Age: 48 year 9 month**
**Race: White**
**Address: 12850 W. Street rd 84,  Fort Lauderdale  FL  33325**

**Referred By: Lowell Davis**
**Injury Date: 10/24/2014**
**Case Insurance: Blue Cross**

**Chief Complaint:**
Chief complaint:
Lower back pain with left leg pain numbness and tingling.  Neck pain with numbness and tingling and pain to my hands.  Left shoulder pain.  Knee, hip and groin pain.

**History of Present Illness:**
History of Present Illness:
This is a 48-year-old female that complains of pain in the above areas.  She states that it started after a slip and fall dated 10/24/14.  The patient was not taken to the emergency room but was taken to clinic on a cruise.  Since the accident she has had therapy .  The patient has had interventional pain management.  The patient has taken anti-inflammatories.  She experiences pain in the above areas with associated symptoms.  The patient has had a prior injury or accident. She has had lower back and shoulder prior symptoms to this accident but now has worsened. She has taken Percocet for pain control.  The patient has worn a brace for this problem.  At this time her symptoms have not changed.  She describes the pain as achy and dull.  The pain occurs constant and daily.  It is alleviated by ice.  It is aggravated by sitting, walking and standing and laying down.  The pain lower back and left shoulder 9/10, left hip and left knee 7/10, right knee 8/10, neck 5/10.  The patient denies any fevers, chills, or recent weight loss or weight gain.  No bowel or bladder changes.

**Past Medical History:**

Patient: Sampson, Angela     DOB: 07/15/1966    Visit: 04/27/2015    Page: 1

**Respiratory:** The patient denies chronic dry cough, coughing up blood, coughing up mucus, waking at night coughing or choking, repeated pneumonias, wheezing, or night sweats.

**Cardiac:** The patient denies chest pain, irregular heartbeats, sudden changes in heartbeat or palpitation, shortness of breath, difficulty breathing at night, swollen legs or feet, heart murmurs, high blood pressure, cramps in legs with walking, pain in feet or toes at night, or varicose veins.

**Gastrointestinal:** The patient denies decreased appetite, nausea, vomiting, vomiting blood or coffee ground material, heartburn, regurgitation, frequent belching, stomach pain relieved by food, yellow jaundice, diarrhea, constipation, gas, blood in the stools, black tarry stools, or hemorrhoids.

**Genitourinary:** The patient denies difficult urination pain or burning with urination, blood in the urine, cloudy or smoky urine, frequent need to urinate, urgency, needing to urinate frequently at night, inability to hold urine, discharge, kidney stones, rash or ulcers, sexual difficulties, impotence, no sexually transmitted diseases.

**Musculoskeletal:** lower back pain; joint pain: left shoulder joint.

**Hematologic:** The patient denies anemia, easy bruising, excessive bleeding, history of blood transfusions.

**Lymphatic:** The patient denies lymph node enlargement, lymph node tenderness, lymphadenitis.

**Peripheral Vascular:** The patient denies intermittent claudication, cramps, varicose veins and thrombophlebitis.

**Neurologic:** numbness and tingling.

**Psychiatric:** The patient denies depression with thoughts of suicide, voices in their head telling them to do things, and they have not been seen for psychiatric counseling or treatment.

**Endocrine:** The patient denies heat or cold intolerance, excessive sweating, diabetes, excessive thirst, excessive hunger, excessive urination, hirsutism, change in ring or shoe size.

**Physical Examination:**
**ORTHO/SPINE EXAM:**
**CERVICAL:**
Flexion: Findings: 50 degrees (normal) Pain: YES.
Extension:  Findings: 60 degrees (normal) Pain: NO.
Left Rotation:  Findings: 80 degrees Pain: NO.
Right Rotation:  Findings: 80 degrees Pain: NO.
**LUMBAR:**
Flexion:  Findings: 30 degrees Pain: YES.
Extension:  Findings: 10 degrees Pain: YES.
**HEENT:** PERRLA, NC/AT, trachea midline.
**CRANIAL NERVES 2-12:** Intact.
**MUSCLES:**
Deltoid (C5): 5/5 strength, normal DTR, normal sensation.
Bicep (C5): 5/5 strength, normal DTR, normal sensation.
Wrist Extensor (C6): 5/5 strength, normal DTR, normal sensation.
Wrist Flexors (C7): 5/5 strength, normal DTR, normal sensation.
Triceps (C7): 5/5 strength, normal DTR, normal sensation.
Grip Strength (C8): 5/5 strength, normal DTR, normal sensation.
Finger Ab/Adduction (T1): 5/5 strength, normal DTR, normal sensation.

Capillary Refill: Less than 2 seconds.
Chest: symmetrical.
Psoas (L1-L2): 5/5 strength, normal DTR, normal sensation.
Quadriceps (L2-L3) (Patellar Reflex): 5/5 strength, normal DTR, normal sensation.
Hamstrings: 5/5 strength, normal DTR, normal sensation.
Tibialis Anterior (L4): 5/5 strength, normal DTR, normal sensation.
EHL (L5): 5/5 strength, normal DTR, normal sensation.
FHL (S1): 5/5 strength, normal DTR, normal sensation.
**TONE:**
Pulses: Palpable tones on both right and left side.
Calves: Soft calves in both right and left sides.
Clonus: Clonus absent.
Babinski: Babinski negative.
SLR: Right = YES, Left = YES.
Bowstring: Negative:
Femoral Stretch: Negative:
Faber: Negative:
Patrick: Negative:
Gait: Negative:
**HOFFMAN's TEST:** Findings: Negative Hoffman's Sign.
**PHALEN's TEST:** Findings: Negative Phalen's Sign.
**TINEL's TEST:** Findings: Negative Tinel's Sign.
**SPURLING's TEST:** Findings: Negative Spurling's Test.

**Medical Imaging:**

MRI T1 and T2 sagittal and axial of the lumbar spine.  Submitted on disc reviewed by me.
From: Radiology consultants
Dated: 10/27/14.

L5-S1 broad-based left foraminal disc herniation with annular tear and flattening of the ventral thecal sac.  Bilateral facet arthropathy.  Left neural foraminal narrowing with contact of the foramen a left L5 nerve root.
L4-L5 disc bulge with bilateral facet arthropathy
L3-L4 broad-based left foraminal disc herniation contacting and displacing the foramen the left L3 nerve root with bilateral facet arthropathy
L2-L3 disc bulge asymmetric to the right
L1-L2 unremarkable

Additional comments normal lumbar lordosis.  This MRI interpretation is not intended to replace that the radiologist.

**Assessment:**
719.48      Arthralgia of Cervical Spine
723.4       Cervical Radiculitis

Patient: Sampson, Angela      DOB: 07/15/1966   Visit: 04/27/2015   Page: 4

724.9      Foraminal Encroachment (Compression) of Nerve Root, Lumbar
722.10     Lumbar Disc Disorder w/o Myelopathy
724.3      Sciatica, Neuralgia of Sciatic Nerve

**Plan:**
**Scheduled Surgery:**
Scheduled surgical procedure(s):

**MRI:**
MRI -.
**My recommendation is for transforaminal lumbar arthrodesis. Use of bone graft, stem cells, rods, screws, interbody graft. With any indicated procedures. Lumbar 5–sacral 1 from a left-sided approach.**

I've explained the risks, benefits, and alternatives to surgery to include but not limited to; nerve damage, paralysis, dural tear, continued pain, chronic pain, weakness, infection, the possibility of death, need for further surgery later date. No promises guarantees were made. All questions were answered using lay terms. Bone models and diagrams were provided. The patient understands and is willing to assume these risks. No promises or guarantees where made.

Indication for the surgery is to remove the affected disc. To decompress the nerve root directly or indirectly. To maintain the height of the disc space and sagittal balance. To allow for fusion across the disc space(S). To allow the return activities of daily living.

The patient understands that lumbar spine fusion may be recommended for disabling low back pain and/or leg symptoms that have not improved with nonsurgical forms of treatment. Conditions such as spondylolisthesis, degenerative disc disease, or recurrent disc herniations are known to produce a mechanical pain and can be indications for spinal fusion. T-lif surgery is designed to eliminate the disc as a source of the mechanical pain.

Pre-and postoperative care. Packets were provided to the patient

Preoperative cervical MRI.

Followup in one week for film review.

**CC:**
Shaw, Jessi : 05/13/2015

This visit note has been electronically signed off by Behnam Myers, D.O..

Patient: Sampson, Angela    DOB: 07/15/1966    Visit: 04/27/2015    Page: 5

**spine
solutions**

MINIMALLY INVASIVE SPINE SURGERY

Dr. Behnam Myers
3850 Sheridan Street
Hollywood, Florida 33021
Tel: 954-983-3888 Fax: 954-983-3999

## Visit Note - Office Visit

**Provider:** Behnam Myers, D.O.
**Encounter Date:** May 13, 2015

**Patient:** Sampson, Angela   (PT00005302)
**Sex:** Female   **DOB:** Jul 15, 1966   **Age:** 48 year 9 month
**Race:** White
**Address:** 12850 W. Street rd 84,  Fort Lauderdale  FL  33325

**Referred By:**  Lowell Davis
**Injury Date:** 10/24/2014
**Case Insurance:** Blue Cross

**Vital Signs:**
**Weight:** 191 lbs, **Height:** 5' 4", **BMI:** 32.78, **BSA:** 1.98, **BP:** 96/73 (Right Arm)(Sitting), **Pulse:** 78

**Chief Complaint:**
**Subjective:**
I had an MRI done of my neck.  I'm scheduled to get left shoulder surgery.  I need to delay my low back surgery.

**Past Medical History:**
Asthma.
Anxiety.
fibromyalgia.

**Past Surgical History:**
Prior surgeries: hysterectomy; transvaginal mesh.
Gastric bypass.

**Allergy:**
aspirin, Codeine, epinephrine, NSAIDS (Non-Steroidal Anti-Inflammatory Drug), Penicillins, Sulfa(Sulfonamide Antibiotics), tape, ultram

Patient: Sampson, Angela   DOB: 07/15/1966   Visit: 05/13/2015   Page: 1

**Current Medications:**
**1 Prilosec Dr 40 Mg Capsule (Other MD)**
**2 Restoril 30 Mg Capsule (Other MD)**
**3 Soma 350 Mg Tablet (Other MD)**
**4 Topamax 100 Mg Tablet (Other MD)**

**Medical Imaging:**
IMRI of the cervical spine submitted on disc reviewed by me
From: Radiology consultants
Dated: 04-30-15.

No intraspinal masses or lesions are seen.

C2-C3 facet disease
C3-C4 facet disease
C4-C5 posterior disc was referred complex.  By foraminal encroachment, left greater than right.
There is a retrolisthesis
C5-C6 paracentral left disc osteophyte complex.  Central and left canal stenosis.  By foraminal
stenosis
C6-C7 facet hypertrophy.

Additional findings, loss of disc height.
My MRI interpretation is not intended to replace that of the radiologist.

**Social History:**
Non smoker.
Non alcoholic beverage drinker.
She denies recreational drug use.

**Family History:**
The patient has a family history of fibromyalgia. diabetes.

**Physical Examination:**
The patient's examination is unchanged from the previous visit.

**Assessment:**
723.0        Cervical Spinal Stenosis
723.3        Cervicobrachial Syndrome

**Plan:**

She appears to have mechanical neck pain as well as cervical findings.  She will would benefit
from a cervical arthrodesis.  She is scheduled for left shoulder surgery.  I recommend care during

Patient: Sampson, Angela     DOB: 07/15/1966     Visit: 05/13/2015     Page: 2

positioning.  She is aware of her condition in her neck and back.

**CC:**
Shaw, Jessi : 05/13/2015

This visit note has been electronically signed off by Behnam Myers, D.O..

**Deerfield Beach Outpatient Surgical Center**
**250 SW Natura Ave**
**Deerfield Beach, FL 33441**

### OPERATIVE REPORT

| | |
|---|---|
| **PATIENT NAME:** | Sampson, Angela |
| **PATIENT ACCOUNT #:** | 1110 |
| **SURGEON:** | Behnam Myers, D.O. |
| **DATE OF OPERATION:** | 7/7/2015 |

**PREOPERATIVE DIAGNOSES:** Lumbar disk displacement at L5-S1 with radiculopathy.

**POSTOPERATIVE DIAGNOSES:** Lumbar disk displacement at L5-S1 with radiculopathy.

**OPERATIONS PERFORMED:**
1. L5-S1 hemilaminotomy and microdiskectomy from a left-sided approach.
2. Use of intraoperative fluoroscopy less than 1 hour.
3. Use of intraoperative neurophysiology.
4. Use of operative microscope.

**ASSISTANT:** Miguel Ortiz, PA.

**ANESTHESIA:** GETA.

**EBL:** 20 mL.

**COMPLICATIONS:** None.

**DISPOSITION:** Stable to recovery room.

**JUSTIFICATION OF PROCEDURE AND PROCEDURE IN DETAIL:** This is a 48-year-old female with complaints of back pain, leg pain, numbness and tingling down the left leg with prior shoulder surgery as well. She has findings of cervical disk herniation as well as lumbar disk displacement. She does give a history of prior low back pain. She states that her low back pain has worsened. She denied any prior radiculopathy to this accident. She had been seen by pain management in the past. She has a history of low back pain as well as left sacroiliac pain. She states that her lumbar radiculopathy down to the left leg is new since her fall dated October 24, 2014. Preoperatively, she tried interventional pain management and epidural steroid injections. She had persistent low back pain with a positive straight leg raise. Her preoperative MRI showed L5-S1 left foraminal disk herniation with annular tear. It showed that it was contacting the foraminal nerve on the left.

RE:  Sampson, Angela
OPERATIVE REPORT
PAGE 2 OF 3

She also had a disk bulge at L4-5 with a non-symptomatic left
foraminal disk herniation at L3-4.  I had a long discussion with
her husband regarding the risks, benefits, and alternatives of
the surgery as well as with the patient.  They originally
consented for a left transforaminal lumbar interbody fusion.  I
explained to her she does have findings at the other levels.  On
speaking with her preoperatively and reviewing her MRI films, I
did discuss with the husband that if I am able to remove a small
amount of the facet and not destabilize her spine, I would
prefer to try a microdiskectomy on the left.  This was discussed
with him as well as with the nurse.  The patient's healthcare
proxy agreed.

**DESCRIPTION OF PROCEDURE:**  The patient was brought to the
operating room and brought to the operating suite.  She received
prophylactic preoperative antibiotics.  She was then prepped and
draped in the usual sterile fashion.  Using intraoperative
fluoroscopy, the appropriate patient and surgical levels were
identified.  A time-out was called.  A tubular retractor was
placed at L5-S1 level.  Dissection was then carried down.  A
left hemilaminotomy and partial medial facetectomy was
performed.  The ligamentum flavum was elevated.  The dura and
its contents were retracted medially.  An extruded L5-S1 disk
herniation was identified at this level.  This was not
appreciated on the MRI as it was intraoperatively.  A pituitary
was used.  A diskectomy was performed.  Large amounts of disk
material were removed.  The endplates were monitored.  The disk
space was irrigated with high pressure solution.  The incision
was irrigated.  There was no further evidence of free fragments
of disk.  I felt that I was able to adequately remove the
herniated disk without having to remove more than three-quarters
of the facet.  In addition, she had no findings of motor changes
on micromotion.  I felt that a microdiskectomy would be
sufficient.  The incision was then irrigated and closed using 0
Vicryl followed by 2-0 Vicryl followed by 4-0 Monocryl followed
by Benzoin, Steri-Strips, and application of sterile dressing.
She tolerated the procedure well.

RE:  Sampson, Angela
OPERATIVE REPORT
PAGE 3 OF 3

The plan is to have her reversed from anesthesia and taken to
the recovery room and I anticipate she will respond well.

Behnam Myers, D.O.
BM/SN/sndovmt100/FST-17958678
D:  07/07/2015 01:37 pCST
T:  07/07/15 10:53 P



**Dr. Behnam Myers**
**3850 Sheridan Street**
**Hollywood, Florida 33021**
**Tel: 954-983-3888 Fax: 954-983-3999**

MINIMALLY INVASIVE SPINE SURGERY

## Visit Note - Office Visit

**Provider:** Anthony Salvador, PA
**Encounter Date:** Jul 14, 2015

**Patient:** Sampson, Angela  (PT00005302)
**Sex:** Female      **DOB:** Jul 15, 1966      **Age:** 48 year 11 month
**Race:** White
**Address:** 12850 W. Street rd 84,  Fort Lauderdale  FL  33325

**Referred By:**  Lowell Davis
**Injury Date:** 10/24/2014
**Case Insurance:** Blue Cross

**Vital Signs:**
**Weight:** 191 lbs, **Height:** 5' 4", **BMI:** 32.78, **BSA:** 1.98, **Temperature:** 96.6 F, **BP:** 88/69,
**Pulse:** 69

**Chief Complaint:**
**Subjective:**
I still have some back pain but the pain in my legs is gone

**History of Present Illness:**
Angela presents for reevaluation she is status post L5-S1 hemilaminotomy and discectomy on
7/7/15 patient has done well postoperatively and presents today for reevaluation.  She says it
wearing the brace at night hurts and the swelling of the incision gives her some discomfort when
she wears the brace.  She states that the pain in her legs is gone she is currently out of her pain
medication and requesting a refill

**Past Medical History:**
Asthma.
Anxiety.
fibromyalgia.

**Past Surgical History:**

Patient: Sampson, Angela    DOB: 07/15/1966   Visit: 07/14/2015   Page: 1

Prior surgeries: hysterectomy; transvaginal mesh.
Gastric bypass. L5-S1 hemilaminotomy and microdiskectomy; left sided approach (07/07/15).

**Allergy:**
aspirin, Codeine, epinephrine, NSAIDS (Non-Steroidal Anti-Inflammatory Drug),
Penicillins, Sulfa(Sulfonamide Antibiotics), tape, ultram

**Current Medications:**
1 Prilosec Dr 40 Mg Capsule (Other MD)
2 Restoril 30 Mg Capsule (Other MD)
3 Soma 350 Mg Tablet (Other MD)
4 Topamax 100 Mg Tablet (Other MD)

**Social History:**
Non smoker.
Non alcoholic beverage drinker.
She denies recreational drug use.

**Family History:**
The patient has a family history of fibromyalgia. diabetes.

**ROS:**
**General:** The patient denies fever, fatigue, weakness, weight gain or weight loss.
**Skin:** The patient denies rashes, lumps, itching, dryness, acne, discoloration, recurrent skin infections, changes in hair, nails or moles.
**Head:** The patient denies headaches, head injury or deformity.
**Eyes:** The patient denies visual changes, eye pain, eye discharges, redness, itching, excessive tearing, double or blurred vision, glaucoma, cataracts.
**Ears:** The patient denies hearing changes, tinnitus, vertigo, dizziness, earache, ear infection, ear discharge, use of hearing aids.
**Nose and Sinuses:** The patient denies frequent colds, nasal stuffiness or itchiness, postnasal drip, hay fever, nosebleeds, sinus trouble.
**Mouth and Throat:** The patient denies bleeding gums, toothache, odd taste sensations, sores on tongue, frequent sore throat, hoarseness, dentures use.
**Neck:** The patient denies swollen glands, enlarged thyroid, neck pain.
**Breasts:** The patient denies nipple discharge, breast lumps, breast pain.
**Respiratory:** The patient denies chronic dry cough, coughing up blood, coughing up mucus, waking at night coughing or choking, repeated pneumonias, wheezing, or night sweats.
**Cardiac:** The patient denies chest pain, irregular heartbeats, sudden changes in heartbeat or palpitation, shortness of breath, difficulty breathing at night, swollen legs or feet, heart murmurs, high blood pressure, cramps in legs with walking, pain in feet or toes at night, or varicose veins.
**Gastrointestinal:** The patient denies decreased appetite, nausea, vomiting, vomiting blood or coffee ground material, heartburn, regurgitation, frequent belching, stomach pain relieved by food, yellow jaundice, diarrhea, constipation, gas, blood in the stools, black tarry stools, or hemorrhoids.

**Genitourinary:** The patient denies difficult urination pain or burning with urination, blood in the urine, cloudy or smoky urine, frequent need to urinate, urgency, needing to urinate frequently at night, inability to hold urine, discharge, kidney stones, rash or ulcers, sexual difficulties, impotence, no sexually transmitted diseases.

**Musculoskeletal:** back pain.

**Hematologic:** The patient denies anemia, easy bruising, excessive bleeding, history of blood transfusions.

**Lymphatic:** The patient denies lymph node enlargement, lymph node tenderness, lymphadenitis.

**Peripheral Vascular:** The patient denies intermittent claudication, cramps, varicose veins and thrombophlebitis.

**Neurologic:** The patient denies numbness, tingling, tremors, seizures, vertigo, dizziness, memory loss, any focal or diffuse neurological deficits.

**Psychiatric:** The patient denies depression with thoughts of suicide, voices in their head telling them to do things, and they have not been seen for psychiatric counseling or treatment.

**Endocrine:** The patient denies heat or cold intolerance, excessive sweating, diabetes, excessive thirst, excessive hunger, excessive urination, hirsutism, change in ring or shoe size.


**Physical Examination:**

Incision is clean and dry without evidence of erythema or infection or dehiscence there is mild swelling which is to be expected.  She is neurologically intact L3-S1

**Assessment:**

722.10      Lumbar Disc Disorder w/o Myelopathy

**Plan:**

Patient is doing well status post L5-S1 hemilaminotomy with discectomy we will see her back here in approximately 6 weeks sooner with problems.  Prescription for Percocet will be refilled


This visit note has been electronically signed off by Behnam Myers, D.O..


Patient: Sampson, Angela      DOB: 07/15/1966      Visit: 07/14/2015    Page: 3