UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-24339-CIV-KING

ANGELA SAMPSON,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

## ORDER

THIS CAUSE having come before the Court on Defendant's Request for Judicial Notice, and the Court having been advised in the premises, it is hereupon

ORDERED and ADJUDGED that Defendant's Request for Judicial Notice is hereby GRANTED/~~DENIED~~ as follows:

1. _____

DONE and ORDERED in Chambers in Miami, Miami-Dade County, Florida this 2 day of March, 2017.

JAMES LAWRENCE KING
United States District Judge

Copies furnished:
    All counsel of record